# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARUN A. GHAFFAR,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>UNITED STATES PAROLE COMMISSION, et al.,<br><br>　　　　Respondents. | Case No. CV 14-2871-MWF (JEM)<br>　　　　CR 75-0109<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 9, 2017

　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE